```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 07 B 11972
   LESLIE J HANNAH
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4488

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 07/05/2007 and was confirmed 09/05/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was converted to chapter 7 after confirmation 08/08/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
BENEFICIAL ILLINOIS INC    SECURED            500.00          16.86         173.31
BENEFICIAL ILLINOIS INC    UNSECURED         3395.21            .00            .00
CITIMORTGAGE INC           CURRENT MORTG        .00             .00            .00
CITIMORTGAGE INC           MORTGAGE ARRE    2705.08             .00         278.62
COOK COUNTY TREASURER      SECURED           2088.00            .00         240.00
SOUTHWICK COUNTYARDS OF    SECURED           5220.33            .00         375.00
VILLAGE OF MATTESON        SECURED            158.00            .00         158.00
DEUTSCHE BANK NATIONAL     CURRENT MORTG        .00             .00            .00
DEUTSCHE BANK NATIONAL     MORTGAGE ARRE        .00             .00            .00
ACHILLES HEEL INC          UNSECURED       NOT FILED            .00            .00
AMERICAN COLLECTION        UNSECURED       NOT FILED            .00            .00
BALLYS TOTAL FITNESS       UNSECURED       NOT FILED            .00            .00
CAPITAL ONE                UNSECURED         2247.23            .00            .00
CAPITAL ONE                UNSECURED         1381.53            .00            .00
CITI/AFFINITY DIRECT       UNSECURED       NOT FILED            .00            .00
ECMC                       UNSECURED          875.00            .00            .00
CITY OF CHICAGO PARKING    UNSECURED          190.00            .00            .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED            .00            .00
DISH NETWORK               UNSECURED          889.01            .00            .00
ECAST SETTLEMENT CORP      UNSECURED         1407.46            .00            .00
NICOR GAS                  UNSECURED          479.41            .00            .00
NICOR GAS                  NOTICE ONLY     NOT FILED            .00            .00
PAYDAY LOAN SERVICE        UNSECURED       NOT FILED            .00            .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED            .00            .00
PUBLIC STORAGE             NOTICE ONLY     NOT FILED            .00            .00
ECMC                       UNSECURED          877.63            .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,934.00                       2,934.00
TOM VAUGHN                 TRUSTEE                                           324.21
DEBTOR REFUND              REFUND                                              .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 11972 LESLIE J HANNAH
```

```
                          RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  4,500.00

PRIORITY                                              .00
SECURED                                          1,224.93
    INTEREST                                        16.86
UNSECURED                                             .00
ADMINISTRATIVE                                   2,934.00
TRUSTEE COMPENSATION                               324.21
DEBTOR REFUND                                         .00
                        ---------------    ---------------
TOTALS                   4,500.00              4,500.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 11/20/08         _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE




                            PAGE   2
         CASE NO. 07 B 11972 LESLIE J HANNAH